# United States District Court
## Violation Notice

CVB Location Code: GM10

Violation Number: 0774851
Officer Name (Print): KOCH S.
Officer No.: 669

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 08/11/2014 0930 HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code
36 CFR 4.4(a)
Place of Offense: OCMULGEE NM (OFFROAD)
Offense Description: FAILURE TO REPORT ACCIDENT

### DEFENDANT INFORMATION
Last Name: HOSKINS
First Name: ANTWAIN
M.I.: T.
Street Address: 1221 CREEK WD. DR. APT. D7
City: MACON
State: GA
Zip Code: 30211
Date of Birth: 01/31/1984
Driver License No.: 059156166
D.L. State: GA
Social Security No.: XXX-XX-XXXX
☐ Adult ☐ Juvenile    Sex: ☒ Male ☐ Female
Eyes: BRO  Hair: BLK  Height: 5'10"  Weight: 215

### VEHICLE DESCRIPTION
VIN: 1H6CD5689TA8575S
Tag No.: PSW260L
State: GA
Year: 96
Make: HOD
Model: ACCD
Color: GOLD

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → $  Forfeiture Amount
+ $25 Processing Fee
$  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: MIDDLE GA DISTRICT COURT
475 MULBERRY ST. MACON GA
Date (mm/dd/yyyy): ___  Time (hh:mm): ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Aug 11, 20 14 while exercising my duties as a law enforcement officer in the MIDDLE District of GA.

At approximately 0930 hrs I received a call to respond to the CVB Maccon for a vehicle found off road within the park boundary. I responded to the site with Officer Jeff Book. Upon arrival we noticed a gold Honda 4 door vehicle in the woods under a fallen tree approx 40 feet from the park boundary fence. The vehicle was unoccupied, still running, and appeared to have driven through the boundary fence from the adjacent neighborhood street. Inside the vehicle (registered to Antwain T. HOSKINS) Officer Book located an open bottle of alcohol. I took photos at the scene while Book contacted Kirkwood Towing Services to have the vehicle removed. A citation was placed on the vehicle before it was relocated. A radio estimate conducted on 08/18/14 by AAA Auto Repair totaled $4,645 in damage to subject's vehicle. A 08/18/14 warrant check on phone call to our that the vehicle had been registered as such with his cousin had been driving that time and had been involved in an accident. In a phone call on 08/18/14 Antwain stated that he misunderstood his girlfriend that the vehicle had not been reported stolen. The accident itself was never reported.

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/18/2014   _____
Date (mm/dd/yyyy)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)        U.S. Magistrate Judge